# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **JOEY RAMOS,** individually, | * * * | |
| Plaintiff, | * | |
| v. | * * | **Case No. 1:22-CV-0287** |
| | * | |
| **NAZU DIAMOND INC.,** A domestic corporation, | * * * | |
| Defendant. | * * | |

## STIPULATION OF DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 1st day of November, 2022.

/s/ Matthew Sapp, Esq.
Counsel for Plaintiff
Texas State Bar No.: 24075016
Telephone: 469-381-6833

1

        Email: matt@sappsturgill.com

        /s/ K. Michael Sturgill, Esq.
        Counsel for Plaintiff
        Texas State Bar No.: 24075588
        Telephone: 214-504-6318
        Email: mike@sappsturgill.com

## CERTIFICATE OF SERVICE

I certify that, on November 1, 2022, I caused a copy of the foregoing document to be filed through the Court's CM/ECF system, and emailed a copy of the document via electronic mail to:

Donald E. Little
Attorney-at-Law
P.O. Box 342435
Lakeway, TX 78734
435-901-0333
Donaldlittle1@msn.com

        /s/ *Matthew Sapp*